APR 23 2026 PM12:57
FILED - USDC - FLMD - TPA

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*COPY*

for the

Middle District of Florida

| | |
|---|---|
| BLAKE ANDREW WARNER<br><br>*Plaintiff(s)*<br><br>v.<br><br>OFFICER HOLLY WOOD;<br>OFFICER JAIR ROUSE;<br>CITY OF TAMPA, FLORIDA; and<br>DAVE KERNER<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:26-CV-1173-WFJ-TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Holly Wood
c/o Tampa Police Department
411 N. Franklin Street
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Blake Andrew Warner, pro se
2211 S. Village Ave
Tampa, FL 33612
Telephone: (212) 542-0055
Email: blake@null3d.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/23/2026 _____   _____ Waddell . ANGEL WADDELL
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

APR 23 2026 PM 12:57
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

COPY

| | |
|---|---|
| BLAKE ANDREW WARNER <br><br> *Plaintiff(s)* <br><br> v. <br><br> OFFICER HOLLY WOOD; <br> OFFICER JAIR ROUSE; <br> CITY OF TAMPA, FLORIDA; and <br> DAVE KERNER <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Civil Action No. 8:26-CV- 1173-WFJ-TGW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jair Rouse
c/o Tampa Police Department
411 N. Franklin Street
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Blake Andrew Warner, pro se
2211 S. Village Ave
Tampa, FL 33612
Telephone: (212) 542-0055
Email: blake@null3d.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/23/2026

_____    ANGEL WADDELL

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

APR 23 2026 PM 12:57
FILED - USDC - FLMD - TPA

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

COPY

| | | |
|---|---|---|
| BLAKE ANDREW WARNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 8:26-CV- 1173-WFJ-TGW |
| v. | ) | |
| OFFICER HOLLY WOOD; | ) | |
| OFFICER JAIR ROUSE; | ) | |
| CITY OF TAMPA, FLORIDA; and | ) | |
| DAVE KERNER | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Tampa, Florida
c/o Jane Castor, Mayor
Office of the Mayor
306 E. Jackson Street, 3rd Floor
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Blake Andrew Warner, pro se
2211 S. Village Ave
Tampa, FL 33612
Telephone: (212) 542-0055
Email: blake@null3d.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 04/23/2026

ANGEL WADDELL

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

APR 23 2026 PM 12:57
FILED - USDC - FLMD - TPA

COPY

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | | |
|---|---|---|
| BLAKE ANDREW WARNER | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Plaintiff(s)* | ) | Civil Action No. 8:26-CV-1173-WFJ-TGW |
| v. | ) | |
| OFFICER HOLLY WOOD; | ) | |
| OFFICER JAIR ROUSE; | ) | |
| CITY OF TAMPA, FLORIDA; and | ) | |
| DAVE KERNER | ) | |
| _____ | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Dave Kerner
2900 Apalachee Parkway
Tallahassee, FL 32399

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Blake Andrew Warner, pro se
2211 S. Village Ave
Tampa, FL 33612
Telephone: (212) 542-0055
Email: blake@null3d.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 04/23/2026

_____
*Signature of Clerk or Deputy Clerk*   Waddull.   ANGEL WADDELL