Blake Warner
2211 S Village Ave
Tampa FL 33612
blake@null3d.com

0013906071000011
United States District Court
Clerk's Office
801 North Florida Avenue
Tampa FL 33602
USA

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:26-CV-1173-WFJ-TGW

Plaintiff:
**Blake Warner**

vs.

Defendant:
**Officer Holly Wood, Individually;
Officer Jair Rouse, Individually;
the City of Tampa, Florida; and
Dave Kerner, in his official capacity as
Executive Director of the Florida
Department of Highway Safety and Mo-
tor Vehicles**



KDY2026021522

For:
BLAKE ANDREW WARNER, PRO SE

Received by TYREE SLADE on the 27th day of April, 2026 at 1:41 pm to be served on **DAVE KERNER, 2900 APALACHEE PARKWAY, TALLAHASSEE, FL 32399.**

I, TYREE SLADE, do hereby affirm that on the **28th day of April, 2026 at 3:41 pm, I:**

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** Served the within named business entity by delivering a true copy of **SUMMONS, MOTION FOR LEAVE, COMPLAINT CIVIL COVER SHEET , NOTICE OF RELATED ACTION** to: **Kingsly Musgrove** as Paralegal, an employee of the Registered Agent after confirming the Registered Agent was not in the office or was otherwise unavailable, pursuant to the requirements of Fla. Stat. 48.091, and informed said person of the contents therein, at **2900 APALACHEE PARKWAY, TALLAHASSEE, FL 32399.**on behalf of **DAVE KERNER**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the process was served. "under penalties of perjury, I declare that I have read the foregoing document and that the facts are true" f.s.92.525. Notary not required pursuant to fs 92.525

**Description** of Person Served: Age: 58, Sex: F, Race/Skin Color: Caucasian, Height: 4'11", Weight: 150, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

**TYREE SLADE**
Process Server 214

**SERVE'S UP PROCESS SERVICES, LLC
4524 LA CAPRI COURT
TAMPA, FL 33611**

Our Job Serial Number: KDY-2026021522

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e