Blake Warner
2211 S Village Ave
Tampa FL 33612
blake@null3d.com



0013906071000011
United States District Court
Clerk's Office
801 North Florida Avenue
Tampa FL 33602
USA

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:26-CV-1173-WFJ-TGW

Plaintiff/Petitioner:
**BLAKE ANDREW WARNER**

vs.

SWA2026002906

Defendant/Respondent:
**OFFICER HOLLY WOOD; OFFICER JAIR ROUSE; CITY OF TAMPA, FLORIDA AND DAVE KERNER**

For:
Blake Warner

Received by Jack Key on the 27th day of April, 2026 at 5:42 pm to be served on **CITY OF TAMPA C/O JANE CASTOR,MAYOR, OFFICE OF THE MAYOR, 306 E JACKSON STREET 3RD FLOOR, TAMPA, FL 33602.**

I, Jack Key, do hereby affirm that on the **29th day of April, 2026** at **10:52 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS, COMPLAINT,JURY DEMAND, CIVIL COVER SHEET, MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC CASE FILING** with the date and hour of service endorsed thereon by me, to: **LATECCIA MCKINNEY** as **Paralegal** for **CITY OF TAMPA C/O JANE CASTOR,MAYOR**, and informed said person of the contents therein, in compliance with State Statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

**Jack Key**
cps 08528193

**SERVE'S UP PROCESS SERVICES, LLC**
**4524 LA CAPRI COURT**
**TAMPA, FL 33611**
**(813) 551-8454**

Our Job Serial Number: SWA-2026002906

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 8:26-CV-1173-WFJ-TGW

Plaintiff/Petitioner:
**BLAKE ANDREW WARNER**

vs.

Defendant/Respondent:
**OFFICER HOLLY WOOD; OFFICER JAIR ROUSE; CITY OF TAMPA, FLORIDA AND DAVE KERNER**

For:
Blake Warner

SWA2026002907

Received by Jack Key on the 27th day of April, 2026 at 5:42 pm to be served on **JAIR ROUSE, TAMPA POLICE DEPT, 411 N. FRANKLIN STREET, TAMPA, FL 33602**

I, Jack Key, do hereby affirm that on the **29th day of April, 2026** at **5:13 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, COMPLAINT,JURY DEMAND, CIVIL COVER SHEET, MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC CASE FILING** with the date and hour of service endorsed thereon by me, to: **JANESSA HERNANDEZ** as **COURT LIAISON**, a person employed therein and authorized to accept service for **JAIR ROUSE** at the address of: **TAMPA POLICE DEPT, 3818 Tampa Bay Blvd., TAMPA, FL 33614**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
4/29/2026  9:37 am  Attempted service at TAMPA POLICE DEPT 411 N. FRANKLIN STRET, TAMPA, FL 33602 Not accepted at the Franklin Street address as the subject does not work out of this district.

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

**Jack Key**
cps 08528193

**SERVE'S UP PROCESS SERVICES, LLC**
**4524 LA CAPRI COURT**
**TAMPA, FL 33611**
**(813) 551-8454**

Our Job Serial Number: SWA-2026002907

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Florida

Case Number: 8:26-CV-1173-WFJ-TGW

Plaintiff/Petitioner:
**BLAKE ANDREW WARNER**

vs.

Defendant/Respondent:
**OFFICER HOLLY WOOD; OFFICER JAIR ROUSE; CITY OF TAMPA, FLORIDA AND DAVE KERNER**

SWA2026002908

For:
Blake Warner

Received by Jack Key on the 27th day of April, 2026 at 5:42 pm to be served on **HOLLY WOOD, TAMPA POLICE DEPT, 411 N. FRANKLIN STRET, TAMPA, FL 33602**

I, Jack Key, do hereby affirm that on the **29th day of April, 2026** at **5:13 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS, COMPLAINT, JURY DEMAND, CIVIL COVER SHEET, MOTION FOR LEAVE TO PARTICIPATE IN ELECTRONIC CASE FILING** with the date and hour of service endorsed thereon by me, to: **JANESSA HERNANDEZ** as **COURT LIAISON**, a person employed therein and authorized to accept service for **HOLLY WOOD** at the address of: **TAMPA POLICE DEPT, 3818 Tampa Bay Blvd., TAMPA, FL 33614**, the within named person's usual place of **Work**, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
4/29/2026 9:37 am  Attempted service at TAMPA POLICE DEPT 411 N. FRANKLIN STRET, TAMPA, FL 33602 Not accepted at the Franklin Street address as a subject does not work out of this district.

I certify that I am over the age of 18, have no interest in the above action, and am a Appointed Process Server, in good standing, in the judicial circuit in which the process was served. Signed under the penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true; NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2)

Jack Key
cps 08528193

**SERVE'S UP PROCESS SERVICES, LLC**
**4524 LA CAPRI COURT**
**TAMPA, FL 33611**
**(813) 551-8454**

Our Job Serial Number: SWA-2026002908

Copyright © 1992-2026 DreamBuilt Software, LLC. - Process Server's Toolbox V9.0e