

PRESORTED
**FIRST-CLASS MAIL**
U.S. POSTAGE
PAID
LETTERSTREAM

104  DBX4SP1  39602