**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Blake A. Warner,

     Plaintiff,

v.                                                                                  Case No.: 8:26-cv-1173-WJF-TGW

OFFICER HOLLY WOOD, et al.,

     Defendant.

_____/

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

**TO ANSWER OR OTHERWISE PLEAD**

COMES NOW, Defendant, Dave Kerner, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 6(b), for a 14-day extension of time to answer, move to dismiss, or otherwise respond to the Plaintiff's Complaint, and as grounds therefor, states:

1.    On April 28, 2026, Defendant was served with the Summons and Complaint in this action.

2.    Defendant's current deadline to answer or otherwise respond to the Complaint is May 19, 2026.

3.    Defendant is requesting an additional 14 days, up to and including June 2, 2026, to respond to the Complaint. This brief enlargement of time is necessary to

allow Defendant's counsel sufficient time to investigate the allegations, gather necessary documents, and properly prepare a responsive pleading.

4.      This request is made in good faith, not for the purpose of delay, and will not unduly prejudice any party.

5.      Pursuant to Middle District of Florida Local Rule 3.01(g), General Counsel for Department of Highway Safety and Motor Vehicles, David Arthmann, has conferred with Plaintiff, Mr. Warner, who is *pro se*.  Mr. Warner authorized counsel to represent to the Court that this motion is **unopposed**.

**WHEREFORE**, Defendant respectfully requests that this Court enter an Order extending Defendant's deadline to answer, move to dismiss, or otherwise plead to and including June 2, 2026.

Respectfully submitted,
**Florida Department of Highway Safety and Motor Vehicles**
By: /s/ Linsey Sims-Bohnenstiehl
LINSEY SIMS-BOHNENSTIEHL
Florida Bar No. 90495
2900 Apalachee Parkway,
**Tallahassee, FL**
813-425-8588
Email: linseysims-bohnenstiehl@flhsmv.gov

Counsel for Defendant
**Dave Kerner**