**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Blake A. Warner,

     Plaintiff,

v.                                                    Case No.: 8:26-cv-1173-WJF-TGW

OFFICER HOLLY WOOD, et al.,

     Defendant.

_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 19, 2026, a copy of the Unopposed Motion

for Extension of Time to Answer or Otherwise Plead filed by the Defendant, Dave

Kerner, was served via the Court's electronic case filing system on the parties

receiving electronic notice in the above-reference case and via U.S. Regular Mail to

the Plaintiff at the address listed below.

Respectfully submitted,
**Florida Department of
Highway Safety and Motor
Vehicles**
By: /s/ Linsey Sims-
Bohnenstiehl
LINSEY SIMS-
BOHNENSTIEHL
Florida Bar No. 90495
2900 Apalachee Parkway,
Tallahassee, FL
813-425-8588
Email: linseysims-
bohnenstiehl@flhsmv.gov

Counsel for Defendant
**Dave Kerner**

**Service list:**

Blake Andrew Warner, pro se
2211 S. Village Ave.
Tampa, Florida 33612
Email: blake@null3d.com
*Plaintiff*