UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE ANDREW WARNER,

          Plaintiff,               Case No.:   8:26-cv-01173-WFJ-TGW

v.

OFFICER HOLLY WOOD, et al.

          Defendants.

_____/

## MOTION REQUESTING PERMISSION TO FILE DVD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, CITY OF TAMPA, HOLLY WOOD, and JAIR ROUSE, by and through the undersigned counsel, hereby request permission from this Honorable Court to file a DVD which depicts events surrounding the basis for the instant lawsuit, with the Clerk of Court, and in support of this Motion would state:

1.    The Complaint alleges claims against Defendants for violating Plaintiff's Fourth Amendment constitutional rights to be free from the unreasonable seizure and Fourteenth Amendment due process claims.

2.    On the date of incident, Officer Holly Wood wore a body-worn camera that captured the police encounter with Plaintiff.

3.    On the date of incident, Officer Jair Rouse wore a body-worn camera that captured the police encounter with Plaintiff.

4.      On the date of incident, Officer Garrett wore a body-worn camera that captured the police encounter with Plaintiff.

5.      The videos will assist the Court during its consideration of Defendants' Motion for Summary Judgment.

For the foregoing reasons, Defendants request that this Court grant this Motion and allow Defendant to file a DVD with the Court that contains the body worn camera video of the subject incident.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing motion was filed on **May 20, 2026**, with the Clerk of Court using CM/ECF and has been served on Blake Warner via email:

**Blake Warner**
**2211 S. Village Avenue**
**Tampa, FL 33612**
**blake@null3d.com**

SCOTT STEADY, CITY ATTORNEY
CITY OF TAMPA

By:___/s/ Ursula D. Richardson_____
        Ursula D. Richardson
        Chief Assistant City Attorney
        FBN:  0064467
        315 E. Kennedy Boulevard, 5th Floor
        Tampa, FL  33602
        (813) 274-7205 Telephone
        (813) 274-8894 Facsimile
        Counsel for Defendant, _____
        Email: Ursula.Richardson@tampagov.net
        Laytecia.McKinney@tampagov.net