UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Blake A. Warner,

Plaintiff,

v. Case No.: 8:26-cv-01173-WFJ-GDP

Officer Holly Wood, et al.,

Defendants.
____________________________________/

**NOTICE OF LEAD COUNSEL DESIGNATION**

TO: The Clerk of Court and all parties of record

Please take notice that the undersigned attorney files this Notice pursuant to Local Rule 2.02(a) and hereby designates the undersigned attorney, ASSISTANT ATTORNEY GENERAL NICOLAS PAUL DEMILIO, as lead counsel in this case for Defendant FLORIDA DEPARTMENT OF HIGHWAY SAFETY AND MOTOR VEHICLES EXECUTIVE DIRECTOR DAVE KERNER. Please send all pleadings, motions, discovery, notices, orders and other matters of record for this action to the undersigned at the following e-mail addresses:

Primary Email Address: Nicolas.Demilio@myfloridalegal.com

Secondary Email Address: Christina.Santacroce@myfloridalegal.com
Ariel.Abreu@myfloridalegal.com

Respectfully submitted,

**JAMES UTHMEIER**
**ATTORNEY GENERAL**

/s/Nicolas Paul Demilio
Nicolas Paul Demilio
Assistant Attorney General
Florida Bar No. 1050158
Office of the Attorney General
3507 E. Frontage Road, Suite 200
Tampa, Florida 33607
T-(813)233-2880; F-(813)281-1859
Nicolas.Demilio@myfloridalegal.com
Christina.Santacroce@myfloridalegal.com
Ariel.Abreu@myfloridalegal.com
*Counsel for Defendant FLSHMV*
*Executive Director Dave Kerner*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2026, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to those persons capable of receiving such notice of electronic filing. I further certify that I caused to be served a true and correct copy of the foregoing document by U.S. Mail to Plaintiff, pro se, Blake Warner, 2211 S. Village Avenue, Tampa, Florida 33612.

/s/ Nicolas Paul Demilio
Nicolas Paul Demilio
Assistant Attorney General