# INDEX OF PLAINTIFF'S SUMMARY-JUDGMENT EXHIBITS

*Warner v. Wood*, No. 8:26-cv-01173-WFJ-GDP (M.D. Fla.)

Filed August 31, 2026 with: (1) Plaintiff's Cross-Motion for Summary Judgment Against Defendant Kerner; (2) Plaintiff's Supplemental Response and Rule 56 Submission in Opposition to Defendant Kerner's Converted Motion for Summary Judgment (Doc. 22; see Doc. 29); and (3) Plaintiff's Response in Opposition to Defendants City of Tampa and Holly Wood's Motion for Summary Judgment (Doc. 11). One exhibit series serves all three filings.

| Exhibit | Description |
|---|---|
| A | Declaration of Blake Andrew Warner (28 U.S.C. § 1746), ¶¶ 1–21 |
| B | Defendant Kerner's Responses to Plaintiff's First Request for Admissions (served July 1, 2026) |
| C | Defendant Kerner's Verified Responses and Objections to Plaintiff's First Set of Interrogatories (served July 1, 2026) |
| D | Defendant Kerner's Responses to Plaintiff's First Request for Production (served July 1, 2026) |
| E-1 | Summary tables under Fed. R. Evid. 1006, prepared from the six workbooks lodged as Exhibit E-3 (Warner Decl. ¶¶ 16–17) |
| E-2 | `compute_citation_stats.py` — computation script (Warner Decl. ¶¶ 16–17), as conformed and produced |
| E-3 | Six Microsoft Excel workbooks produced by Defendant Kerner (July 1 and August 31, 2026) — **lodged conventionally on USB** per Plaintiff's Notice of Conventional Filing (DPPA-protected data) |
| F | (Not used.) |
| G | City Defendants' discovery responses and produced records, sub-tabbed: |
| G-1 | Computer-aided-dispatch record, TPD event 2025-625206 (Nov. 4, 2025) |
| G-2 | Uniform Traffic Citation No. ALQU39E |
| G-3 | TPD Standard Operating Procedures 536.1, 609.9, 830 |
| G-4 | City of Tampa's Responses to Plaintiff's Requests for Admission |
| G-5 | Officer Wood's Responses to Plaintiff's Requests for Admission |
| G-6 | Officer Rouse's Responses to Plaintiff's Requests for Admission |
| G-7 | MDT messages of Officers Wood and Rouse (Nov. 4, 2025) |
| G-8 | Excerpts of machine transcriptions of the Doc. 19 body-camera recordings (locator aid; the recordings control) |
| G-9 | City of Tampa's Answers to Plaintiff's First Set of Interrogatories |
| H | Photograph of the rear license plate of Plaintiff's dirt bike, Florida plate SCGP33 (Warner Decl. ¶ 19) |
| I-1, I-2 | Photographs taken July 8, 2026 from the driver's vantage of a Ford Explorer (the vehicle model Officer Wood operated) at approximately 15 feet behind Plaintiff's dirt bike (Warner Decl. ¶ 20) |

The body-worn-camera and radio recordings themselves were filed conventionally by the City Defendants and are of record at Docket Entry 19 (USB); Plaintiff cites them by camera and approximate elapsed time.