# EXHIBIT I-1

Photograph taken July 8, 2026 by Plaintiff from the driver's vantage of a Ford Explorer (the same model operated by Officer Wood) at approximately 15 feet behind Plaintiff's dirt bike (Warner Decl. ¶ 20)



# EXHIBIT I-2

Second photograph taken July 8, 2026 by Plaintiff from the driver's vantage of a Ford Explorer (the same model operated by Officer Wood) at approximately 15 feet behind Plaintiff's dirt bike (Warner Decl. ¶ 20)

